Brett M. Anders, Esq. (Bar ID #015201997)
Noorin Hamid, Esq. (Bar ID #027732012)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DENNIS MAURER, an individual, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:20-cv-16426-RMB-MJS |
| | : | |
| v. | : | |
| | : | |
| FNRP HOLDINGS EIGHT, LLC, a New Jersey Limited Liability Company. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendant. | : | |

It is hereby stipulated and agreed by and between Plaintiff, Dennis Maurer, and Defendant, FNRP Holdings Eight, LLC, through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| SHADINGER LAW LLC<br>717 E. Elmer Street<br>Vineland, NJ 08360<br>(609) 319-5399 | JACKSON LEWIS P.C.<br>200 Connell Drive, Suite 2000<br>Berkeley Heights, NJ 07922<br>(908) 795-5200 |
| By: */s/ Jon G. Shadinger, Jr.*<br>     Jon G. Shadinger, Jr., Esq. | By: */s/ Brett M. Anders*<br>     Brett M. Anders, Esq.<br>     Noorin Hamid, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant |
| April 21, 2021 | April 21, 2021 |

4837-3748-0678, v. 1